UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
(KANSAS CITY DIVISION)

| | |
|---|---|
| LARRY D. WILLS<br><br>Plaintiff,<br><br>vs.<br><br>JAMES B. NUTTER & COMPANY<br><br>CHAMPION MORTGAGE REVERSE MORTGAGE SERVICING DEPARTMENT,<br><br>NATIONSTAR MORTGAGE<br><br>NATIONSTAR MORTGAGE HOLDINGS<br><br>FORTRESS INVESTMENT GROUP LLC<br><br>CHAMPION MORTGAGE COMPANY INC<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a CHAMPION MORTGAGE COMPANY et al.,<br><br>SOUTHLAW<br><br>Defendant | Case No.: 17-00509-CV-W-ODS<br><br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Larry D Wills hereby appeals to the United States Court of Appeals for the Eighty Circuit from the Final Judgment entered November 9th, 2017 granting Defendants' Motion to Dismiss, denying Plaintiffs Motion for Civil Complaint Suit In Equity, and dismissing Plaintiffs claims against the Defendants'.

Dated this Wednesday, November 15, 2017

*[signature]*

Larry D Wills; Pro se
3719 College
Kansas City, MO 64128

NOTICE OF APPEAL
PAGE 1 OF 4
LARRY D WILLS
3719 COLLEGE
Kansas City, MO 64128

Case 4:17-cv-00509-ODS   Document 36   Filed 11/16/17   Page 1 of 4

# AFFIDAVIT AND DECLARATION

I, hereby declare under the penalty of perjury under the laws of the United States and the State of Missouri that on Wednesday, November 15, 2017 all undersigned statements to be true and correct, and I, am competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just in accordance with Affiant's best firsthand knowledge and understanding.

Dated this Wednesday, November 15, 2017

*[signature]*

Larry D Wills; Pro se
3719 College
Kansas City, MO 64128

PAGE 2 OF 4

NOTICE OF APPEAL

LARRY D WILLS
3719 COLLEGE
Kansas City, MO 64128

Case 4:17-cv-00509-ODS   Document 36   Filed 11/16/17   Page 2 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, November 15, 2017, I filed the foregoing document with the Clerk of the UNITED STATE DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI. I certify that a true and correct copy of said document was sent to all case participants in the following manner; Electronic and Certified mail to the defendants as listed:

Wednesday, November 15, 2017

Larry D Wills
3719 College
Kansas City, MO 64128

JAMES B. NUTTER & COMPANY
4153 Broadway
Kansas City Missouri 64111


CHAMPION MORTGAGE REVERSE MORTGAGE
P.O. Box 40724
Lansing MI 48901-7924


CHAMPION MORTGAGE COMPANY INC
20 Waterview Blvd
Parsippany, NJ 07054


NATIONSTAR MORTGAGE d/b/a CHAMPION MORTGAGE
PO Box 619098
Dallas, TX 75261-9741


NATIONSTAR MORTGAGE HOLDINGS INC
8950 Cypress Waters Blvd
Coppell, TX, 75019


FORTRESS INVESTMENT GROUP LLC
1345 Ave of the Americas 26,
New York, NY 10105