# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LARRY D. WILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00509-CV-W-NKL |
| ) | |
| JAMES B. NUTTER & COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

___    Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Ortrie D. Smith on December 13, 2017, Defendant Jams B. Nutter & Company's Motion to Dismiss, [Doc. 41], is granted.

Date: December 13, 2017            PAIGE WYMORE-WYNN
                                   Clerk of Court

                                   s/ RENEA MATTHES MITRA
                                   By: Renea Matthes Mitra, Courtroom Deputy